HARRELL v. GRUNERT, County Judge.

No. A-6888.  Opinion Filed Nov. 2, 1929.
(282 Pac. 181.)

Sigler & Jackson, for petitioner.

J. Berry King, Atty. Gen., for the State.

EDWARDS, P. J.  This is an original proceeding in mandamus to require the county judge of Carter county to dismiss an action for failure to give petitioner a speedy trial. Since the filing of this action, the county judge, it appears, has dismissed the action, pending in the county court of Carter county. This proceeding is therefore moot.

The case is dismissed.

DAVENPORT and CHAPPELL, JJ., concur.